No. 69. TEXAS AND PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* MRS. FRANK S. SMITH ET AL. In error to the United States Circuit Court of Appeals for the Fifth Circuit. November 9, 1903. Dismissed with costs, pursuant to the tenth rule. *Mr. John F. Dillon, Mr. Winslow S. Pierce* and

*Mr. David D. Duncan* from plaintiff in error. *Mr. F. E. Albright* for defendants in error.

